**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| EDWARD MICHAEL STRAUSS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:19-CV-28-JTM-JEM |
| | ) | |
| GARY INDIANA POLICE | ) | |
| DEPARTMENT, *et al.*, | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE PURSUANT TO**
**28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court *sua sponte*. On October 1, 2019, a process receipt was docketed with the Court indicating that the process server was unable to locate Defendant Broad Ridge LLC, and that the entity has not been served.

Federal Rule of Civil Procedure 4 describes the required content of a summons and service of the Complaint and provides, in part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). On September 8, 2020, the Court set a deadline of September 25, 2020, for Plaintiff Edward Michael Strauss, *pro se*, to file proof of service of the Complaint on Defendant Broad Ridge LLC. No proof of service has been filed.

Accordingly, in light of Plaintiff's failure to demonstrate that Defendant Broad Ridge LLC has been served, the Court **RECOMMENDS** that the District Court **DISMISS** the claims against Defendant Broad Ridge LLC in this case **without prejudice** for lack of service.

1

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

SO ORDERED this 1st day of October, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Judge James T. Moody
      Plaintiff, *pro se*