UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EDWARD MICHAEL STRAUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:19 CV 28 |
| ) | |
| GARY INDIANA POLICE ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin dated October 1, 2020, the court now **ADOPTS** that report and recommendation (DE # 78), and **DISMISSES** the claims against defendant Broad Ridge LLC **without prejudice** for lack of service.

**SO ORDERED.**

Date: October 16, 2020

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT